Clayeo C. Arnold, SBN 65070
John T. Stralen, SBN 238058
**ARNOLD LAW FIRM**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone: 916-924-3100
Facsimile: 916-924-1829

Attorneys for Plaintiffs,
Laurie Montoya, Robert Montoya
and Benjamin Montoya

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MONTOYA, ROBERT MONTOYA, AND BENJAMIN MONTOYA,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2-15-CV-02573-TLN-AC<br><br>STIPULATED REQUEST TO CONTINTUE HEARING ON MOTION TO DISMISS AND TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION BRIEF; ORDER<br><br>JUDGE: Troy L. Nunley<br>DATE: February 25, 2016<br>TIME: 2:00 pm<br>LOCATION: 2, 15th Floor<br><br>TRIAL DATE: None Set |

1

STIPULATION AND ORDER

Because counsel for Plaintiffs is in trial for another matter, pursuant to FRCP 6(b), Local Rules 143 and 144(a), the parties by and through counsel of record stipulate to and request the court order that the hearing for Defendant COMCAST's FRCP 12(6)(b) motion to dismiss or in the alternative, to compel arbitration will be rescheduled to March 10, 2016 and that Plaintiffs shall have until February 25, 2016 to file the response.

Date: February 9, 2016

| THE ARNOLD LAW FIRM | COOPER, WHITE & COOPER LLP |
| A Professional Law Corporation | |

By: _____/s/_____      By:__/s/_____
JOHN T. STRALEN                          JIE-MING CHOU
Attorney for Plaintiffs                  Attorney for Defendants
865 Howe Ave.                            201 California Street, 17th Floor,
Sacramento, California 95825             San Francisco, CA 94111

IT IS SO ORDERED.

Dated: February 10, 2016

_____
Troy L. Nunley
United States District Judge