Clayeo C. Arnold, SBN 65070
John T. Stralen, SBN 238058
Rose He, SBN 303704
**ARNOLD LAW FIRM**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone: 916-924-3100
Facsimile: 916-924-1829

Attorneys for Plaintiffs,
Laurie Montoya, Robert Montoya
and Benjamin Montoya

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURIE MONTOYA, ROBERT MONTOYA, AND BENJAMIN MONTOYA, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2-15-CV-02573-TLN-AC <br><br> STIPULATED REQUEST AND ORDER TO CONTINTUE HEARING ON MOTION TO DISMISS AND TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION BRIEF <br><br> JUDGE: Troy L. Nunley <br> DATE: March 10, 2016 <br> TIME: 2:00 pm <br> LOCATION: 2, 15th Floor <br><br> TRIAL DATE: None Set |

Because counsel for Plaintiffs is in trial for another matter, pursuant to FRCP 6(b), Local Rules 143 and 144(a), the parties by and through counsel of record stipulate to and request the court order that the hearing for Defendant COMCAST's FRCP 12(6)(b) motion to dismiss or in the alternative, to compel arbitration will be rescheduled to March 24, 2016 and that Plaintiffs shall have until March 10, 2016 to file the response.

Date: February 24, 2016
THE ARNOLD LAW FIRM                             COOPER, WHITE & COOPER LLP
A Professional Law Corporation

By: ___/s/_____      By:___/s/_____
Clayeo C. Arnold                                 Scott McLeod
Attorney for Plaintiffs                          Attorney for Defendants
865 Howe Ave.                                    201 California Street, 17th Floor,
Sacramento, California 95825                     San Francisco, CA 94111


IT IS SO ORDERED.

Dated: February 24, 2016

_____
Troy L. Nunley
United States District Judge

2
STIPULATION AND ORDER