Clayeo C. Arnold, SBN 65070
John T. Stralen, SBN 171227
Raymond Tuason, SBN 279346
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LAURIE MONTOYA, ROBERT MONTOYA, and BENJAMIN MONTOYA, <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST CORPORATION, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-02573-TLN-AC <br><br> **PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs LAURIE MONTOYA, ROBERT MONTOYA, and BENJAMIN MONTOYA, by and through their counsel of record, hereby request that the Court dismisses the above-entitled matter, <u>with prejudice</u>, with all parties to bear their own costs and fees.

Date: September 11, 2019

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
Raymond Tuason, Esq.
Attorney for Plaintiffs

PLAINTIFFS' REQUEST FOR DISMISSAL                1

**ORDER**

Pursuant to the foregoing, this Court dismisses the entire action with prejudice, with all parties to bear their own costs and fees.

IT IS SO ORDERED.

Dated: _____

Troy L. Nunley
United States District Judge

Re:   **Montoya, Laurie v. Comcast Corporation**
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION, 2:15-cv-02573-TLN-AC

<u>**Proof of Service**</u>

I, Kelley Anderson-Atkins, declare and state:

I am a citizen of the United States, over 18 years of age, employed in the county of Sacramento, and not a party to the within action. My business address is 865 Howe Avenue, Sacramento, CA 95825.

On the date below, I served the within PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE on the following parties in said action by the means indicated below:

[X]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California. I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in the designated area to be deposited in a U.S. mail box in Sacramento, California, in the ordinary course of business;

[]    (BY EXPRESS MAIL) I caused such envelope to be placed in the U.S. Mail/UPS depository at Sacramento, California; overnight service;

[]    (BY PERSONAL SERVICE) delivered by hand to addressee at the address listed below;

[]    (BY FACSIMILE/TELECOPIER) I personally sent to the addressee's telecopier number (stated below) a true copy of the above-described documents.

[X]   (BY TRANSMITTING VIA EMAIL OR ELECTRONIC TRANSMISSION) the document(s) listed above to the addressees listed on the attached service list at the email addresses listed thereon.

Jill B. Rowe, Esq.
Scott McLeod, Esq.
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA 94111
Email: jrowe@cwclaw.com
smcleod@cwclaw.com

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on September 11, 2019, at Sacramento, California.

Kelley Anderson-Atkins

3